IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HARRY J. COLES, | ) | CIVIL 15-00368-JMS-RLP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| DR. LORI KARAN, DEBORAH STAMPFLE, DR. SISAR PADERES, BARNEY TOYAMA, M.D., IRENE REVILLE, JOHN AND JANE DOES 1-5, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 02, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT DEBORAH STAMPFLE'S MOTION TO DISMISS, AND DEFENDANT LORI KARAN,

///

///

///

///

M.D.'S SUBSTANTIVE JOINDER THERETO," docket entry no. 56,  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 22, 2016.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Coles v. Karan, et al.*, Civ. No. 15-00368 JMS-RLP, Order Adopting Magistrate Judge's Finding and Recommendation